MARC KLAW et al., Appellants, *v.* FAMOUS PLAYERS-LASKY CORPORATION et al., Defendants, and BANKERS' TRUST COMPANY, as Executor of ALF HAYMAN, Respondent.

*Contract — action to recover on alleged agreement to deliver stock.*

*Klaw v. Famous Players-Lasky Corpn.*, 207 App. Div. 211, affirmed. (Argued December 1, 1924; decided December 16, 1924.)

APPEAL from a judgment, entered February 1, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to recover under an alleged agreement whereby it was claimed the respondent's testator assigned and transferred to the plaintiff one-half of the stock of the corporation " Charles Frohman, Inc.," to which the said testator might be entitled or might at any time receive.

*Nathan D. Stern, I. M. Dittenhoefer* and *Mortimer Fishel* for appellants.

*Lindley M. Garrison* and *Charles A. Boston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J. Not sitting: LEHMAN, J.

---

ARCH R. SAMPSON, Respondent, *v.* NELSON Z. GRAVES, Appellant.

*Contract — commissions — action to recover broker's commissions.*

*Sampson v. Graves*, 207 App. Div. 894, affirmed.

(Argued December 2, 1924; decided December 16, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover broker's commis-

sions for procuring financial assistance for defendant. The first cause of action alleged an express contract to pay ten per cent of the amount procured up to $500,000. The second cause of action was on *quantum meruit* to recover the reasonable value of services of plaintiff in procuring additional amounts.

*Lindley M. Garrison* and *Charles A. Boston* for appellant· *Spotswood D. Bowers* and *Stewart W. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.

---

In the Matter of the Estate of DAVID HORN, Deceased
WILLIAM D. HORN, Appellant; CHARLES H. HORN, as Executor, Respondent.

*Decedent's estate — discovery — proceeding to discover personal property belonging to estate.*

*Matter of Horn*, 206 App. Div. 798, affirmed.
(Submitted December 2, 1924; decided December 16, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1923, which affirmed an order of the Queens County Surrogate's Court directing the appellant herein to deliver to the executor of David Horn, deceased, certain personal property in his possession belonging to the estate of said deceased. Appellant claimed title alleging a gift *inter vivos*.

*Frederick W. Ritter* for appellant.
*William A. McLaughlin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.